Homedirect, Inc., et. al., Plaintiff(s)
vs.
H.E.P. Direct, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 091187-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--H.E.P. Direct, Inc.
Court Case No. 08 CV 4176

UNGARETTI & HARRIS
Mr. Steve Pecha
70 W Madison St, Suite 3500
Chicago, IL 60602

State of: _NORTH CAROLINA_ ) ss.
County of: _GUILFORD_ )

**Name of Server:** _CHARLES L TOLIVER_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _AUGUST_, 20 _08_, at _10:40_ o'clock _A_ M

**Place of Service:** at _2020 Logan Street_, in _High Point, NC 27264_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**H.E.P. Direct, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _MICKIE POPE, VICE PRESIDENT OF OPERATION_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Brown_; Facial Hair _n_
Approx. Age _45_; Approx. Height _5-9_; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _4th_ day of _August_, 20 _08_

_[signature]_                                              _[signature]_   6/21/09
Signature of Server                                        Notary Public        (Commission Expires)

**APS International, Ltd.**