IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOMEDIRECT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4176 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| H.E.P. DIRECT, INC. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant, | ) | |

**DEFENDANT'S AGREED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant H.E.P. Direct, Inc. ("H.E.P. Direct") respectfully requests that this Court enter an Order extending the time in which H.E.P. Direct must answer or otherwise respond to Plaintiff HomeDirect, Inc.'s ("HomeDirect") Complaint until September 15, 2008. In support of its Motion, H.E.P. Direct states as follows:

1. On July 23, 2008, HomeDirect filed a five-count Complaint against H.E.P. Direct. HomeDirect served its Complaint on H.E.P. Direct. H.E.P. Direct was served with the Complaint on August 4, 2008. Therefore, H.E.P. Direct's pleading in response to HomeDirect's complaint is currently due on August 25, 2008.

2. H.E.P. Direct respectfully moves the Court to extend the deadline within which H.E.P. Direct must answer or otherwise plead in this matter until September 15, 2008.

3. HomeDirect has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, H.E.P. Direct, Inc. respectfully moves this Court to extend the time in which it must answer or otherwise respond to HomeDirect Inc.'s Complaint until September 15, 2008.

Dated: August 21, 2008

Respectfully Submitted,

H.E.P. DIRECT, Inc.


By: ____/s/ Ethan York_____
        One Of Its Attorneys

Ethan R. York
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (telephone)
(312) 558-5700 (facsimile)
eyork@winston.com

## **CERTIFICATE OF SERVICE**

I, Ethan R. York, do hereby certify that a true and correct copy of the foregoing **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** was served this 21th day of August, 2008 by electronic means, ECF Delivery to counsel of record:

                                              /s/ Ethan R. York
                                               Ethan R. York