**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOMEDIRECT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4176 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| H.E.P. DIRECT, INC. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant, | ) | |

## NOTICE OF MOTION

To:   Bryan Sugar
      Jamie A. Robinson
      Ungaretti & Harris LLP
      3500 Three First National Plaza
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **AGREED MOTION FOR EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.** A copy of the Motion is attached hereto and served upon you.

**SIGNATURE APPEARS ON FOLLOWING PAGE**

Dated: August 21, 2008

Respectfully submitted,

H.E.P. DIRECT, INC.

_____/s/ Ethan R. York_____
By:  One of Its Attorneys

Ethan R. York
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
eyork@winston.com

## **CERTIFICATE OF SERVICE**

      I, Ethan R. York, do hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served this 20th day of August, 2008 by electronic means, ECF Delivery to counsel of record:

                                                     /s/ Ethan R. York
                                                     Ethan R. York