## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **HOMEDIRECT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 08 CV 4176** |
| **v.** | ) | |
| | ) | **Judge Samuel Der-Yeghiayan** |
| **H.E.P. DIRECT, INC.,** | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| **Defendants.** | ) | |

### RULE 7.1 DISCLOSURE STATEMENT

Plaintiff HomeDirect, Inc. ("HomeDirect") and by its attorney Jamie A. Robinson and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits the following disclosure statement:

1)        HomeDirect is a privately owned corporation, which does not have any parent corporation.

By: /s/ Jamie A. Robinson
Attorney for Plaintiff

JAMIE A. ROBINSON (ARDC No. 6270503)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
312.977.4400 (Telephone)
312.977.4405 (Facsimile)

1200661

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **HOMEDIRECT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 08 CV 4176** |
| **v.** | ) | |
| | ) | **Judge Samuel Der-Yeghiayan** |
| **H.E.P. DIRECT, INC.,** | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| **Defendants.** | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff HomeDirect, Inc. ("HomeDirect") and by its attorney Jamie A. Robinson and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits the following disclosure statement:

2)        HomeDirect is a privately owned corporation, which does not have any parent corporation.

By:  /s/ Jamie A. Robinson
Attorney for Plaintiff

JAMIE A. ROBINSON (ARDC NO. 6270503)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
312.977.4400 (Telephone)
312.977.4405 (Facsimile)

1200661

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2008 the foregoing instrument was electronically filed with the Court using the CM/ECF system. Each of the attorneys of record herein who are registered users are being served with a copy of this document via the Court's CM/ECF system:

THOMAS J. FREDERICK
ETHAN R. YORK
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312.558.7441 (Telephone)
312.558.5700 (Facsimile)

By:    /s/ Jamie A. Robinson

1200661