IN THE UNITED STATES DISTRICT COURT`
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HOMEDIRECT, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 08 CV 4176 |
| v. ) | |
| ) | Judge Samuel Der-Yeghiayan |
| **H.E.P. DIRECT, INC.,** ) | |
| ) | Magistrate Judge Susan E. Cox |
| **Defendants.** ) | |

### NOTICE OF FILING

TO:   Thomas J. Frederick
　　　Ethan R. York
　　　Winston & Strawn LLP
　　　35 W. Wacker Drive
　　　Chicago, Illinois 60601

　　**PLEASE TAKE NOTICE** that on the 25th day of August, 2008, we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois's CM/ECF system two copies of **RULE 7.1 DISCLOSURE STATEMENT.**

　　DATED:  August 25, 2008

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**HOMEDIRECT, INC.**


　　　　　　　　　　　　By:　　/s/Jamie A. Robinson
　　　　　　　　　　　　　　　　One of its Attorneys

Jamie A. Robinson
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois   60602
(312) 977-4400
(312) 977-4405 Facsimile
Firm I.D. 34355

1200697v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008 I electronically filed two copies of **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system.  Each of the attorneys of record herein who are registered users is being served with a copy of this document via the Court's CM/ECF system:

Thomas J. Frederick
Ethan R. York
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
312.558.7441 (Telephone)
312.558.5700 (Facsimile)

    /s/Jamie A. Robinson
One of its Attorneys