IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOMEDIRECT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 4176 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| H.E.P. DIRECT, INC. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Defendant H.E.P. Direct, Inc. ("H.E.P. Direct") makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.

H.E.P. Direct is a privately owned company and does not have any parent corporation. No publicly held corporation owns 10% or more of H.E.P. Direct stock, and no publicly held affiliate owns more than 5% of H.E.P. Direct.

Dated: August 28, 2008                Respectfully Submitted,

                                      H.E.P. DIRECT, Inc.


                                      By: ___/s/ Ethan R. York_____
                                           One Of Its Attorneys

                                      Thomas J. Frederick
                                      Ethan R. York
                                      WINSTON & STRAWN LLP
                                      35 West Wacker Drive
                                      Chicago, Illinois 60601
                                      (312) 558-5600 (telephone)
                                      (312) 558-5700 (facsimile)
                                      eyork@winston.com

2

## CERTIFICATE OF SERVICE

I, Ethan R. York, do hereby certify that a true and correct copy of the foregoing **DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE AS TO AFFILIATES** was served this 28th day of August, 2008 by electronic means, ECF Delivery to counsel of record:

                                                              /s/ Ethan R. York
                                                              Ethan R. York